NOTE:  This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**MV3 PARTNERS LLC,**
*Plaintiff-Appellant*

**v.**

**ROKU, INC.,**
*Defendant-Appellee*

---

2021-1525

---

Appeal from the United States District Court for the Western District of Texas in No. 6:18-cv-00308-ADA, Judge Alan D. Albright.

---

**JUDGMENT**

---

JONATHAN K. WALDROP, Kasowitz Benson Torres LLP, Redwood Shores, CA, argued for plaintiff-appellant.  Also represented by MARCUS BARBER, JOHN DOWNING, DARCY L. JONES, HEATHER KIM, THUCMINH NGUYEN, JACK SHAW; PAUL GUNTER WILLIAMS, Atlanta, GA.

ADAM G. UNIKOWSKY, Jenner & Block LLP, Washington, DC, argued for defendant-appellee.  Also represented by ALEXANDER HADJIS, KRYSTALYN KINSEL; YUSUF ESAT, Chicago, IL.

_____

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (REYNA, CLEVENGER, and HUGHES, *Circuit Judges*).

**AFFIRMED. See Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT


November 5, 2021                /s/ Peter R. Marksteiner
      Date                      Peter R. Marksteiner
                                Clerk of Court